

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,545-01

### EX PARTE ADRIAN CASAS SANDOVAL, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR-3998-06-B IN THE 93RD DISTRICT COURT
### FROM HIDALGO COUNTY

*Per curiam*.

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of capital murder and sentenced to imprisonment for life without parole. The Thirteenth Court of Appeals affirmed his conviction. *Sandoval v. State*, No. 13-07-00392-CR (Tex. App.—Corpus Christi-Edinburg Aug. 27, 2009) (not designated for publication).

Applicant contends that his mandatory sentence of life without parole for a crime he committed when he was a juvenile violates the Eighth Amendment to the United States Constitution

under *Miller v. Alabama*.[1] He also alleges that *Miller* should be construed to apply retroactively and that it should extend to juveniles sentenced to life with the possibility of parole. While this application was pending in Hidalgo County, this Court decided that *Miller* applies retroactively to a claim raised in a post-conviction proceeding. *Ex parte Maxwell*, 424 S.W.3d 66 (Tex. Crim. App. 2014).

The trial court has determined that Applicant's sentence violates *Miller*. Relief is granted. The sentence in Cause No. CR-3998-06-B in the 93rd District Court of Hidalgo County is vacated, and Applicant is remanded to the custody of the Sheriff of Hidalgo County for further sentencing proceedings to permit the factfinder to assess Applicant's sentence at (1) life with the possibility of parole or (2) life without parole after consideration of Applicant's individual conduct, circumstances, and character. Applicant's remaining claims are dismissed. The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.

Delivered: August 20, 2014
Do not publish

---

[1] 132 S. Ct. 2455 (2012).